# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                         Case No. 15-CR-241

ASHLEY E. KITCHENAKOW,

    Defendant.

# ORDER

    This matter was before the Court for a Change of Plea hearing on April 12, 2016. Following the entry of a plea of guilty, the Court asked for the parties' position on custody. The government pointed out that the Court would have to make a finding that extraordinary circumstances warranted release of the defendant in order for her to remain on conditional release pending sentencing, which is scheduled for July 11, 2016. The Court went ahead and made findings of extraordinary circumstances based upon the defendant's involvement in treatment, her family obligations for three children, and the fact that she was maintaining a job. The Court also considered the fact that she was on supervision to Pretrial Services, had been compliant, and was undergoing random drug testing. Although the government noted that the defendant had some tribal violations, no specific mention was made of her actual record. Based upon this presentation, and no opposition from any other party, the Court made a finding that extraordinary circumstances existed to warrant the defendant's continuation on conditional release.

    After the hearing, the Court reviewed the Pretrial Services Report that had earlier been filed in the case. It appears that the defendant has an extensive history of underage drinking and at least

three prior arrests for Operating While Intoxicated. In addition, there are numerous convictions for Operating While Suspended and miscellaneous other violations.

Based upon the foregoing, the Court has concluded that its finding of extraordinary reasons to justify release may not have been warranted. **Accordingly, this matter is scheduled for further hearing to be held on April 14, 2016, at 10:30 a.m.**

**SO ORDERED** this ___12th___ day of April, 2016.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court
